# NO. 12-14-00289-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ALLSTATE TEXAS LLOYDS,* *APPELLANT* | § | *APPEAL FROM THE 145TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *SUSIE SMITH,* *APPELLEE* | § | *NACOGDOCHES COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant has filed a motion to dismiss this appeal. In its motion, Appellant states that the parties have resolved their dispute, and therefore the appeal is no longer necessary. Because Appellant has complied with the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), we ***grant*** Appellant's motion and ***dismiss*** the appeal. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered January 21, 2015.
*Panel consisted of Worthen, C.J. and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JANUARY 21, 2015**

**NO. 12-14-00289-CV**

**ALLSTATE TEXAS LLOYDS,**
Appellant
V.
**SUSIE SMITH,**
Appellee

Appeal from the 145th District Court

of Nacogdoches County, Texas (Tr.Ct.No. C1329498)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J. and Hoyle, J.*